(KUTTY, S.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 1 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYON FINANCIAL SERVICES, INC. :
d/b/a U.S. BANK PORTFOLIO       :
SERVICES, for the benefit of U.S. :
BANK NATIONAL ASSOCIATION,      :
as Trustee,                     :
                                :
          Plaintiff,            :
                                :
     vs.                        :
                                :
RONALD LISSAK,                  :
                                :
          Defendant.            :

CASE NO. 07-CIV-6207 (PAC)

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER
OR OTHERWISE MOVE WITH
REGARD TO COMPLAINT**

     **IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendant,

through their undersigned counsel, that:

     1.   The Defendant's counsel accepted service of the Complaint in this action

on July 5, 2007, and the Defendant's response to the Complaint is accordingly due on

July 25, 2007.

     2.   The time within which the Defendant may answer or otherwise move with

regard to the Plaintiff's Complaint hereby is extended by consent through and including

August 8, 2007.

     3.   This is the first request for an extension of time in this action.

SHEPPARD, MULLIN, RICHTER
& HAMPTON LLC
Attorneys for Plaintiff
Lyon Financial Services, Inc.


By: _____
Lisa M. Lewis, Esq.
30 Rockefeller Plaza
New York, NY 10112
(212) 332-3800


DATED: July 30, 2007

BECKER MEISEL LLC
Attorneys for Defendant
Ronald Lissak


By: /s/ David J. Sprong
David J. Sprong, Esq.
354 Eisenhower Parkway
Suite 2800, Plaza II
Livingston, NJ 07039
(973) 422-1100


DATED: July 30, 2007


The foregoing stipulation is SO ORDERED.


_____
PAUL A. CROTTY
United States District Judge


NEW YORK, NEW YORK

July 31 , 2007


2