(ROTT, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 4 20

LYON FINANCIAL SERVICES, INC. :
d/b/a U.S. BANK PORTFOLIO
SERVICES, for the benefit of U.S.
BANK NATIONAL ASSOCIATION,
as Trustee,

    Plaintiff,

vs.

RONALD LISSAK,

    Defendant.

CASE NO. 07-CIV-6207 (PAC)

STIPULATION AND ORDER
DISMISSING ACTION
WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, through their undersigned attorneys, that this action be and hereby is dismissed without prejudice and without costs to either party.

SHEPPARD, MULLIN, RICHERT
& HAMPTON LLC
Attorneys for Plaintiff
Lyon Financial Services, Inc.

By: _____
Lisa M. Lewis, Esq.
30 Rockefeller Plaza
New York, NY 10112
(212) 332-3800

DATED: August 21, 2007

BECKER MEISEL LLC
Attorneys for Defendant
Ronald Lissak

By: _____
David J. Strong, Esq.
354 Eisenhower Parkway
Suite 2800, Plaza II
Livingston, NJ 07039
(973) 422-1100

DATED: August 23, 2007

The foregoing stipulation dismissing this action without prejudice So Ordered

New York, New York
August 24, 2007

_____
USDJ